**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2002-01
OCTOBER 29, 2002 SESSION

FILED
OCT 3 0 2002
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA

v.        CRIMINAL NO. 5:02-00249
          18 U.S.C. § 922(g)(2)
          18 U.S.C. § 924(a)(2)
          21 U.S.C. § 841(a)(1)

SEAN HOLLOWAY
a/k/a Sean Hollaway

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about September 26, 2000, at or near Boomer, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant SEAN HOLLOWAY knowingly and intentionally possessed with intent to distribute a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about September 26, 2000, at or near Boomer, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant SEAN HOLLOWAY, being a fugitive from justice, did knowingly possess a RG Industries, .22 caliber revolver, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(2) and 924(a)(2).

A True Bill.

Rebecca Tenney
Foreperson

KASEY WARNER
United States Attorney

By: _____
LISA G. JOHNSTON
Special Assistant United States Attorney

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

SOUTHERN District of WEST VIRGINIA

CHARLESTON _____ Division

## THE UNITED STATES OF AMERICA

vs.

SEAN HOLLOWAY

## INDICTMENT

18 U.S.C. § 922(g)(2)
18 U.S.C. § 924(a)(2)
21 U.S.C. § 841(a)(1)

A true bill.

_Rebecca Tinsley_ _____ Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____ Clerk

Bail, $ _____